UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | )<br>)<br>) |
| v. | )<br>)    4:02CR40032-001-NMG |
| ELIZABETH TARASIAK<br>    Defendant, | )<br>)<br>) |
| *and* | )<br>) |
| HOMETOWN BANK<br>    Garnishee. | )<br>) |

## APPLICATION FOR WRIT OF GARNISHMENT

The United States of America, plaintiff, makes this application in accordance with 28 U.S.C. § 3205[1] to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the Defendant, Elizabeth Tarasiak (hereinafter "Tarasiak"), social security number 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, whose last known address is in Worcester, MA in the above cited action in the amount of $204,882.27, plus costs and post-judgment interest at the rate of 1.36 percent per annum and compounded annually. The total balance as of September 29, 2008 is $212,350.60.

---

[1] Under 28 U.S.C. § 3205(b)(1), the United States files an application for writ of garnishment with the specified information with the Court. If the Court determines that the requirements are met, the Court shall issue the writ of garnishment. 28 U.S.C. § 3205(c)(1). Once the Court issues the writ of garnishment, the United States serves the writ on the defendant and the garnishee and certifies to the Court that it has done so. 28 U.S.C. § 3205(c)(3). Included with the service of the writ on the garnishee is an instruction explaining the requirement that the garnishee submit a written answer to the writ. 28 U.S.C. § 3205(c)(3)(A). Included with the service of the writ on the defendant are instructions for objecting to the answer of the garnishee and for obtaining a hearing on the objections. 28 U.S.C. § 3205(c)(3)(B). The garnishee shall answer the writ within 10 days of service. 28 U.S.C. § 3205(c)(2)(E). The defendant and the United States have 20 days after receipt of the answer to file an objection and request a hearing. 28 U.S.C. § 3205(c)(5). After the garnishee files an answer and if no hearing is requested within the required time period, the court shall promptly enter an order directing the garnishee as to the disposition of the judgment debtor's nonexempt interest in such property. If a hearing is timely requested, the order shall be entered within 5 days after the hearing, or as soon thereafter as practicable. 28 U.S.C. § 3205(c)(7).

Pursuant to 28 U.S.C.§ 3205(b)(1)(B), the United States of America made demand for payment of the above-stated debt upon the debtor not less than 30 days from the date of this Application, and debtor has failed to satisfy the debt.

The Garnishee is believed to owe or be in possession of money owed to Tarasiak. This Writ of Garnishment is intended to compel the Garnishee to pay to the United States of America all monies held on behalf of defendant to be applied toward the judgment debt.

The name and address of the Garnishee or his authorized agent is:

> HOMETOWN BANK
> Oxford, MA

Based upon the foregoing, the United States of America respectfully requests the Court to enter an Order directing the Clerk of the United States District Court to issue a Writ of Garnishment.

> Respectfully submitted,
>
> UNITED STATES OF AMERICA
> By its attorneys
>
> MICHAEL J. SULLIVAN
> United States Attorney
>
> By:
>
> /s/ Christopher R. Donato
> CHRISTOPHER R. DONATO
> Assistant U.S. Attorney
> 1 Courthouse Way, Suite 9200
> Boston, MA 02210

DATED: October 1, 2008

IT IS, on this __2d__ day of __October__, 200__.

ALLOWED, that the Clerk of the Court shall issue the Writ of Garnishment.

_Nathaniel M. Gorton_
UNITED STATES DISTRICT COURT